UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jermaine Rucker,                                                Civil No. 06-1090 (PJS/AJB)

          Petitioner,

v.                                                              **ORDER ADOPTING THE
                                                                REPORT AND RECOMMENDATION**

Warden R. L. Morrison and
Federal Bureau of Prisons,

          Respondents.

---

Jermaine Rucker, *Pro Se*, Petitioner.

Robert M. Lewis, Assistant United States Attorney, United States Attorney's Office, counsel for Respondents.

---

    Based upon the Findings and Recommendation of United States Magistrate Judge Arthur J. Boylan, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED:**

    1.    That Petitioner Jermaine Rucker's Petition for Writ of Habeas Corpus (Doc. No. 1), pursuant to 28 U.S.C. § 2241 is **GRANTED**.  The Bureau of Prisons shall timely

conduct an individualized review of Petitioner's CCC eligibility as necessary to determine a specific halfway house eligibility placement date.

Dated: June 23, 2006             s/Patrick J. Schiltz
                                 PATRICK J. SCHILTZ
                                 Judge of United States District Court